# MEMORANDUM DECISIONS

AMERICAN OIL CORPORATION v. JOHN R. WATERS CO. (Circuit Court of Appeals, Second Circuit. December 22, 1921.) No. 103. In Error to the District Court of the United States for the Southern District of New York. Action by the American Oil Corporation against the John R. Waters Company. Judgment for defendant, and plaintiff brings error. Affirmed. Finkler & McIntire, of New York City, for plaintiff in error. T. Ludlow Chrystie, of New York City, for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

---

BOLEN, Collector of Internal Revenue, v. BLACK. (Circuit Court of Appeals, Eighth Circuit. May 31. 1921.) No. 5826. In Error to the District Court of the United States for the Western District of Oklahoma. For opinion below, see 268 Fed. 427. Herbert M. Peck, U. S. Atty., of Oklahoma City, and Frank S. Ransdell, Asst. U. S. Atty., of Hominy, Okl., for plaintiff in error. William A. Sipe, of Tulsa, Okl., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error, under rule 24 (188 Fed. xvi, 109 C. C. A. xvi).

---

BRACKY v. O'BRIEN. (Circuit Court of Appeals, Fourth Circuit. May 5, 1921.) No. 1872. In Error to the District Court of the United States for the Northern District of West Virginia, at Wheeling. S. O. Boyce and C. J. Schuck, both of Wheeling, W. Va., for plaintiff in error. J. J. P. O'Brien and J. B. Handlan, both of Wheeling, W. Va., for defendant in error.

PER CURIAM. Cause dismissed under Rules 22 and 24 (233 Fed. xiv, xv, 146 C. C. A. xiv, xv) upon motion of defendant in error.

---

In re CHRISTOFFER HANNEVIG, Inc. (Circuit Court of Appeals, Second Circuit. December 19, 1921.) No. 84. Petition to Revise Order of the District Court of the United States for the Southern District of New York. In the matter of Christoffer Hannevig, Inc., bankrupt. On petition by Henry A. Wise and another, receivers, to revise an order directing them to surrender premises to a claimant thereof. Order affirmed, and petition dismissed. Saul S. Myers, of New York City (Charles H. Tuttle, of New York City, of counsel), for receivers. Breed, Abbott & Morgan, of New York City (Percy Muloch, of New York City, of counsel), for respondent. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. The order of the court below is affirmed, and the petition to revise is dismissed, on the authority of In re Breyer Printing Co., 216 Fed. 878, 133 C. C. A. 82.

---

COMMERCE TRUST CO. v. BYERS. (Circuit Court of Appeals, Eighth Circuit. July 12, 1921.) No. 5741. In Error to the District Court of the United States for the Western District of Missouri. B. C. Howard, of Kansas City, Mo., for plaintiff in error. A. C. Malloy, of Hutchinson, Kan., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation.